IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 22 2017

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. H-17- |
| CAROL MCCALLISTER | § | |

**17CR0162**

## INDICTMENT

The United States Grand Jury charges:

### COUNT 1
(Theft of Mail by Postal Employee)

From on or about September 2015 through on or about December 2016, within the Houston Division of the Southern District of Texas,

**CAROL MCCALLISTER**

defendant herein, being a United States Postal Service officer or employee, did remove and steal from any such letter and mail, articles and things, to wit: money and gift cards, which came into her possession, entrusted to her, and intended to be conveyed and delivered by mail through the United States Postal Service.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL
ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
Acting United States Attorney

By: _____
Jennie L. Basile
Assistant United States Attorney